1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

David A. Riggi, Esq. (#4727)
5550 Painted Mirage Rd. Suite 320
Las Vegas, NV 89149
Phone: 1-702-463-7777
Fax:     1-888-306-7157
E-mail: RiggiLaw@gmail.com

**UNITED STATE BANKRUPTCY COURT
DISTRICT OF NEVADA**

| In re:<br><br>MILLOLA HOLDINGS LLC,<br><br>Debtor in Possession. | Case No.: 21-13893-ABL<br>Chapter 11<br><br>Confirmation Hearing:<br>Date: December 22, 2021<br>Time: 1:30 p.m. |
|---|---|

**NOTICE OF CONFIRMATION HEARING ON
DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION,
AND RELATED DEADLINES**

**PLEASE TAKE NOTICE** that MILLOLA HOLDINGS LLC, a Nevada limited liability company, as debtor and debtor in possession (the "Debtor"), filed its *Ex Parte Motion for Order Re: Fixing of Dates, Deadlines & Related Procedures and Approval of the Form of Ballots, in the Debtor's Subchapter V Case and Its Proposed Second Amended Chapter 11 Plan of Reorganization* ("Motion"), thereby requesting the fixing of various dates and deadlines pursuant to Fed. R. Bankr. P. 3017.2 and related authorities relating to its *Chapter 11 Plan of Reorganization* filed on November 4, 2021 at **ECF No. 24** ("Plan").

**PLEASE FURTHER TAKE NOTICE** that the Bankruptcy Court entered an order granting Debtor's Motion, a copy which order ("Procedures Order") is enclosed herewith, thereby fixing certain dates and deadlines related to the Debtor's Plan.

1

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Procedures Order, a hearing to consider confirmation of the Debtor's Plan shall be held on **December 22, 2021, at 1:30 p.m.,** at the United States Bankruptcy Court for the District of Nevada, before a United States Bankruptcy Judge. **Pursuant to Administrative Order 2020-14, all hearings will be held telephonically, and thus parties may participate in the confirmation hearing by calling Judge Cox's Conference Number: 877-411-9748, Access Code 8931051.** Pursuant to Bankruptcy Rule 3019 and LR 3019, all creditors and parties in interest are advised that the Court may consider modifications to the Plan at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Procedures Order, any and all objections to confirmation of Debtor's Plan ( "Objections"), as well as any declarations or evidence in support of any Objections, must be made in writing and filed with the Bankruptcy Court by **December 15, 2021**. All Objections must set forth all relevant facts and any relevant legal authority, and must be supported by affidavits or declarations that conform to the provisions of LR 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to the Disclosure Statement Motion or the confirmation of the Plan with the Court, you *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
> • The Court may *refuse to allow you to speak* at the scheduled hearing; and
> • The Court may *rule against you* without formally calling the matter at the hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Procedures Order, the deadline for any creditor to complete and submit a ballot to accept or reject the Debtor's Plan, such that it is actually received by the Debtor's counsel, is **December 15, 2021**.

Copies of the Plan, the Procedures Order and the Ballot, as applicable, are included with

this Notice, and may be obtained at http://www.nvb.uscourts.gov (PACER account required), or by contacting Debtor's counsel at the address below.

Dated: November 17, 2021

By: */s/* David A. Riggi
RIGGI LAW FIRM
DAVID A. RIGGI, ESQ.
5550 Painted Mirage Rd. Suite 320
Las Vegas, NV 89149
Attorney for Debtor in Possession