_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
December 21, 2021

David A. Riggi, Esq.
Nevada Bar No. 4727
5550 Painted Mirage Rd. Suite 320
Las Vegas, NV 89149
Phone:  (702) 463-7777
Fax:     (888) 306-7157
E-mail: RiggiLaw@gmail.com
***Attorney for the Debtor in Possession***

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 21-13893-ABL |
| MILLOLA HOLDINGS LLC, | Chapter 11 |
| Debtor in Possession. | Hearing Date:   December 15, 2021<br>Hearing Time:  1:30 p.m. |

### ORDER GRANTING APPLICATION TO EMPLOY LAW FIRM
### AS ATTORNEY FOR DEBTOR IN POSSESSION

Upon the Application of Milloloa Holdings LLC ("Debtor in Possession"), by and through its attorney, David A. Riggi, Esq., requesting employment of David A. Riggi ("Law Firm") as counsel to represent the Debtor in Possession in the above-captioned matter; with an appropriate declaration by proposed counsel, and with no oppositions filed and with appearances by David

1

A. Riggi, for the applicant; Timothy W. Nelson, Subchapter V Trustee; Edward M. McDonald, Esq., for the US Trustee, and no parties appearing at the hearing to oppose, the Court finds the following:

IT IS HEREBY ORDERED that the APPLICATION for employment of David A. Riggi, Esq.("Law Firm") as attorney of record to represent the Debtor in Possession in the above-captioned matter is hereby APPROVED, and it is further

ORDERED that the Court and the United State Trustee shall retain, under 11 U.S.C. 330, any and all rights to review, and object to, compensation requests by the Law Firm in this case; and it is further

IT IS SO ORDERED.

Submitted By:

/s/*David A.Riggi*_____
David A. Riggi, Esq.
Nevada Bar No. 4727
5550 Painted Mirage Rd. Suite 320
Las Vegas, NV 89149
**Attorney for the Debtor in Possession**

2

**RULE 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirement set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Approved:

 /s/ Edward M. McDonald
Edward M. Mcdonald, Esq.
Office of US Trustee
300 Las Vegas Blvd., So., Ste 4300
Las Vegas, NV 89101
(702) 388-6600
edward.m.mcdonald@usdoj.gov
*Attorney for Office of US Trustee*

Approved:

 /s/ Timothy W. Nelson
Timothy W. Nelson
Evans, Nelson & Company, CPAs
160 W Huffaker Lane
Reno, NV 89511
(775) 825 6008
(775) 825 6606 (fax)
tnelson@encpas.com
*Subchapter V Trustee*

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.