1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

David A. Riggi, Esq. (#4727)
5550 Painted Mirage Rd. Suite 320
Las Vegas, NV 89149
Phone: 1-702-463-7777
Fax:    1-888-306-7157
E-mail: RiggiLaw@gmail.com
***Attorney for the Debtor in Possession***

**UNITED STATE BANKRUPTCY COURT
DISTRICT OF NEVADA**

In re:

MILLOLA HOLDINGS LLC,
      Debtor in Possession.

Case No.: 21-13893-NMC
Chapter 11

Confirmation Hearing:
Date:
Time:

**ORDER GRANTING DEBTOR'S *EX PARTE* MOTION RE:
FIXING OF DATES, DEADLINES & RELATED PROCEDURES, AND
APPROVAL OF THE FORM OF BALLOTS,
IN THE DEBTOR'S SUBCHAPTER V CASE AND ITS
<u>FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION</u>**

MILLOLA HOLDINGS LLC, a Nevada limited liability company, as debtor and debtor in possession ("Debtor"), having filed its *Ex Parte Motion for Order Re: Fixing of Dates, Deadlines & Related Procedures and Approval of the Form of Ballots, in the Debtor's*

1

*Subchapter V Case and Its First Amended Chapter 11 Plan of Reorganization* ("Motion"), thereby requesting the fixing of various dates and deadlines pursuant to Fed. R.Bankr. P. 3017.2 and related authorities relating to its *First Amended Chapter 11 Plan of Reorganization* (the "Plan"), filed at **ECF No. 69**, and for good cause shown;

**IT IS HEREBY ORDERED:**

1. The Debtor's Motion is GRANTED.

2. The Hearing Notice attached to the Motion as **Exhibit 2** is approved.

3. The Form of Ballot attached to the Motion as **Exhibit 3** is approved.

4. The Debtor shall distribute packages (the "Plan Packages") consisting of: (i) the proposed Plan, together with all exhibits thereto; (ii) this Order; (iii) the Combined Hearing Notice, and (iv) the Ballots, as applicable, within one (1) business day of entry of this Order.

5. The following dates and deadlines related to the Plan are fixed:

   a. Objection Deadline: _____, is the deadline for all creditors and parties in interest to file and serve objections to confirmation of the Debtor's Plan ("Objections"), as well as affidavits or declarations in support of such Objections.

   b. Ballot Deadline: The deadline for completed and submitting Ballots voting on the Debtor's proposed Plan, such that they are actually received by the Debtor's counsel, is _____.

   c. Reply Deadline: The deadline for filing replies to any Objections, and any declarations in support of confirmation is _____.

   d. Ballot Summary Deadline: _____, is fixed as the deadline for the Debtor's filing of the Ballot Summary regarding the ballots cast on the Plan.

   e. Confirmation Hearing: A hearing to consider confirmation of the Debtor's

Plan shall be held on _____. ("Confirmation Hearing").

6.  Pursuant to Bankruptcy Rule 3019 and LR 3019, all creditors and parties in interest are advised that the Court may consider modifications to the Debtor's proposed Plan at the Confirmation Hearing.

7.  The Confirmation Hearing may be adjourned or continued from time to time by the Court or the Debtor without further notice other than adjournments announced in open Court.

8.  Objections to confirmation of the Plan not timely filed and served in accordance with the provisions of this Order shall not be considered by the Court and shall be denied and overruled unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

By: /s/ David A. Riggi
RIGGI LAW FIRM
DAVID A. RIGGI, ESQ.
5550 Painted Mirage Rd. Suite 320
Las Vegas, NV 89149

Attorney for the Debtor in Possession

3