1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

David A. Riggi, Esq. (#4727)
5550 Painted Mirage Rd. Suite 320
Las Vegas, NV 89149
Phone: 1-702-463-7777
Fax:    1-888-306-7157
E-mail: RiggiLaw@gmail.com
*Attorney for the Debtor in Possession*

# UNITED STATE BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 21-13893-ABL |
| MILLOLA HOLDINGS LLC, | Chapter 11 |
| Debtor in Possession. | Confirmation Hearing:<br>Date:<br>Time: |

## NOTICE OF CONFIRMATION HEARING ON
## DEBTOR'S FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION, AND RELATED DEADLINES

**PLEASE TAKE NOTICE** that MILLOLA HOLDINGS LLC, a Nevada limited liability company, as debtor and debtor in possession (the "Debtor"), filed its *Ex Parte Motion for Order Re: Fixing of Dates, Deadlines & Related Procedures and Approval of the Form of Ballots, in the Debtor's Subchapter V Case and Its First Amended Chapter 11 Plan of Reorganization* ("Motion," **ECF No.**   ), thereby requesting the fixing of various dates and deadlines pursuant to Fed. R. Bankr. P. 3017.2 and related authorities relating to its *First Amended Chapter 11 Plan of Reorganization* filed on January 31, 2023 at **ECF No. 69** ("Plan").

**PLEASE FURTHER TAKE NOTICE** that the Bankruptcy Court entered an order granting Debtor's Motion, a copy which order ("Procedures Order") is enclosed herewith, thereby fixing certain dates and deadlines related to the Debtor's Plan.

1

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Procedures Order, a hearing to consider confirmation of the Debtor's Plan shall be held on _____, at 1:30 p,m at the United States Bankruptcy Court for the District of Nevada, before a United States Bankruptcy Judge. **The hearing will be held telephonically, and thus parties may participate in the confirmation hearing by calling Judge Landis's Conference Number: 669-254-5252, Meeting ID 161 110 6049, Passcode 154251#.** Pursuant to Bankruptcy Rule 3019 and LR 3019, all creditors and parties in interest are advised that the Court may consider modifications to the Plan at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Procedures Order, any and all objections to confirmation of Debtor's Plan ( "Objections"), as well as any declarations or evidence in support of any Objections, must be made in writing and filed with the Bankruptcy Court by _____. All Objections must set forth all relevant facts and any relevant legal authority, and must be supported by affidavits or declarations that conform to the provisions of LR 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to the Disclosure Statement Motion or the confirmation of the Plan with the Court, you *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
> • The Court may *refuse to allow you to speak* at the scheduled hearing; and
> • The Court may *rule against you* without formally calling the matter at the hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Procedures Order, the deadline for any creditor to complete and submit a ballot to accept or reject the Debtor's Plan, such that it is actually received by the Debtor's counsel, is _____.

Copies of the Plan, the Procedures Order and the Ballot, as applicable, are included with

2

this Notice, and may be obtained at http://www.nvb.uscourts.gov (PACER account required), or by contacting Debtor's counsel at the address below.

Dated: January 31, 2023

By: */s/* David A. Riggi
RIGGI LAW FIRM
DAVID A. RIGGI, ESQ.
5550 Painted Mirage Rd. Suite 320
Las Vegas, NV 89149
Attorney for the Debtor in Possession

3