1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 3

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: ) <br> ) <br> MILLOLA HOLDINGS LLC, ) <br> ) <br>                 Debtor in Possession. ) <br> ) <br> ) <br> ) | Case No.: 21-13893-ABL <br><br> Chapter 11 <br><br> Hearing Date : <br><br> Hearing Time: |

**BALLOT FOR ACCEPTING OR REJECTING
PLAN OF REORGANIZATION**

MILLOLA HOLDINGS LLC filed a first amended plan of reorganization on January 31, 2023 (the "Plan") in this case. If you do not have a full copy of the Plan and its Exhibits, you may obtain copies from David A. Riggi, Esq. 5550 Painted Mirage Rd. Suite 320, Las Vegas, Nevada 89149 Telephone: (702) 463-7777 Facsimile: (888) 306-7157 E-mail: RiggiLaw@gmail.com. The Court setting a hearing on confirmation of the Plan does not indicate approval of the Plan by the Court.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote and/or you may make a copy of this ballot to transmit accordingly.**

**If your ballot is not received by David A. Riggi, Esq. 5550 Painted Mirage Rd. Suite 320 Las Vegas, Nevada 89149 ("Riggi Law") on or before _____, and such deadline is not extended, your vote may not count as either an acceptance or rejection of the Plan. Receipt of the ballot can be accomplished by either hard-copy mail, email to Riggi Law or fax to Riggi Law.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, the holder of a Class _____ claim against the Debtor in the unpaid amount of Dollars ($ _____ )

      (Check one box only)

      [  ] ACCEPTS THE PLAN          [  ] REJECTS THE PLAN

Dated: _____

                                    Print or type name of creditor: _____

             Signature of party signing of behalf of creditor: _____

                                    Print or type name of signor: _____

                                                    Address: _____

                                                                    _____

                                                                    _____

RETURN THIS BALLOT TO:
David A. Riggi, Esq.
5550 Painted Mirage Rd. Suite 320
Las Vegas, Nevada 89149
RiggiLaw@gmail.com
1-888-306-7157