David A. Riggi, Esq.
Riggi Law Firm
5550 Painted Mirage Road, Suite 320
Las Vegas, Nevada 89149
Telephone: (702) 463-7777
Facsimile: (888) 306-7157
RiggiLaw@gmail.com
*Attorney for the Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 21-13893-ABL |
| MILLOLA HOLDINGS LLC, | Chapter 11 |
| Debtor in Possession. | Hearing Date:  April 5, 2023 |
| | Hearing Time:  1:30 p.m. |

## BALLOT SUMMARY

The ballot results are as follows:

DEUTSCH BANK – Class 2A, secured creditor in the amount of 165,537.06, votes to **ACCEPT** the first amended plan, (ballot attached as **Exhibit "A"**).

JPMORGAN CHASE BANK – Class 3, unsecured creditor in the amount of $16,724.28, votes to **ACCEPT** the first amended plan, (ballot attached as **Exhibit "B"**).

Accordingly, BOTH impaired classes  – Classes 2A and 3 – are in favor of the Plan and, therefore, the requirement of Bankruptcy Code section 1129(a)(10) are fulfilled. There were no other votes, and there are no other impaired classes.

DATED this 1st day of April, 2023.

/s/ *David A. Riggi*
**Attorney for the Debtor in Possession**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT **B**

UNITED STATES BANKRUPTCY COURT

**DISTRICT OF NEVADA**

In re:                                      )
                                     )

    MILLOLA HOLDINGS LLC,        )      Case No.: 21-13893-ABL
                                       )
                 Debtor in Possession.    )      Chapter 11
                                       )
                                       )      Hearing Date :
                                       )
                                       )      Hearing Time:

**BALLOT FOR ACCEPTING OR REJECTING
PLAN OF REORGANIZATION**

MILLOLA HOLDINGS LLC filed a first amended plan of reorganization on January 31, 2023 (the "Plan") in this case. If you do not have a full copy of the Plan and its Exhibits, you may obtain copies from David A. Riggi, Esq. 5550 Painted Mirage Rd. Suite 320, Las Vegas, Nevada 89149 Telephone: (702) 463-7777 Facsimile: (888) 306-7157 E-mail: RiggiLaw@gmail.com. The Court setting a hearing on confirmation of the Plan does not indicate approval of the Plan by the Court.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote and/or you may make a copy of this ballot to transmit accordingly.**

**If your ballot is not received by David A. Riggi, Esq. 5550 Painted Mirage Rd. Suite 320 Las Vegas, Nevada 89149 ("Riggi Law") on or before _____, and such deadline is not extended, your vote may not count as either an acceptance or rejection of the Plan. Receipt of the ballot can be accomplished by either hard-copy mail, email to Riggi Law or fax to Riggi Law.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, the holder of a Class __2A__ claim against the Debtor in the unpaid amount of Dollars ($ 165,537.06 )

        (Check one box only)

        [XX] ACCEPTS THE PLAN         [ ] REJECTS THE PLAN

Dated: __March 24, 2023__

                                         Deutsche Bank National Trust Company as Trustee for INDYMAC INDA MORTGAGE LOAN TRUST 2005-AR1, MORTGAGE PASS-THROUGH CERTIFICATES Series
                  Print or type name of creditor: 2005-AR1; PHH Mortgage Corp as servicer

          Signature of party signing of behalf of creditor: By:/s/Eddie R. Jimenez

                  Print or type name of signor: Eddie R. Jimenez counsel for Creditor.

                           Address: 8880 Rio San Diego Drive, Suite 725

                                     San Diego, CA 92108

RETURN THIS BALLOT TO:
David A. Riggi, Esq.
5550 Painted Mirage Rd. Suite 320
Las Vegas, Nevada 89149
RiggiLaw@gmail.com
1-888-306-7157

1
2
3
4
5
6
7
8
9
10
11
12
13

# EXHIBIT B

15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

MILLOLA HOLDINGS LLC,

Debtor in Possession.

)
)
)
)
)
)
)
)

Case No.: 21-13893-ABL

Chapter 11

Hearing Date :

Hearing Time:

## BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION

MILLOLA HOLDINGS LLC filed a first amended plan of reorganization on January 31, 2023 (the "Plan") in this case. If you do not have a full copy of the Plan and its Exhibits, you may obtain copies from David A. Riggi, Esq. 5550 Painted Mirage Rd. Suite 320, Las Vegas, Nevada 89149 Telephone: (702) 463-7777 Facsimile: (888) 306-7157 E-mail: RiggiLaw@gmail.com. The Court setting a hearing on confirmation of the Plan does not indicate approval of the Plan by the Court.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote and/or you may make a copy of this ballot to transmit accordingly.**

**If your ballot is not received by David A. Riggi, Esq. 5550 Painted Mirage Rd. Suite 320 Las Vegas, Nevada 89149 ("Riggi Law") on or before _____, and such deadline is not extended, your vote may not count as either an acceptance or rejection of the Plan. Receipt of the ballot can be accomplished by either hard-copy mail, email to Riggi Law or fax to Riggi Law.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class ___3___ claim against the Debtor in the unpaid amount of Dollars ($ 16,724.28 )

[✓] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

(Check one box only)

Dated: March 20, 2023

_____
Signature of party signing on behalf of creditor.

Print or type name of creditor: JPMorgan Chase Bank, N,A. a/b/m/t Chase Bank USA, N.A.

Print or type name of signor: Richard Piepes as Authorized Agent

Address: Robertson, Anschutz, Schneid, Crane & Partners, PLLC

6409 Congress Avenue, Suite 100

Boca Raton, FL 33487

RETURN THIS BALLOT TO:
David A. Riggi, Esq.
5550 Painted Mirage Rd. Suite 320
Las Vegas, Nevada 89149
RiggiLaw@gmail.com
1-888-306-7157